JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA S.E. KIM, | CASE NO. SACV 11-314-JST (Ex) |
| Plaintiff, | |
| vs. | **JUDGMENT IN A CIVIL CASE** |
| BAC HOME LOAN SERVICING LP, | |
| Defendant. | |

On February 8, 2012, the Court issued an order dismissing Plaintiff's Complaint without prejudice, and ordering Plaintiff to file an amended complaint no later than February 29, 2012, or the Complaint would be dismissed with prejudice. (Doc. 32). To date, an amended complaint has not been filed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed with prejudice.

DATED: March 7, 2012

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
United State District Judge

1